IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | PETITION TO OPEN JUVENILE |
| VS. ) | RECORDS / COURT DOCUMENTS |
| ) | |
| TORI LASHAWN SMITH ) | DOCKET NO. CR 18-153-BLG-SPW-02 |

Whereas the above-named defendant has been charged with committing the offense of Possession with Intent to Distribute Methamphetamine, in United States District Court for the District of Montana, the Petitioner requests that the Court order all juvenile and adult records pertaining to the defendant held by Dawson County Juvenile Court, Dawson County Juvenile Probation, Dawson County Sheriff's Office, Glendive Police Department, Red Deer Regional Hospital Centre, including charging documents, plea agreements, presentence investigation reports, incident reports, medical, treatment, attorney representation, and case dispositions, for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Peyton Jones
United States Probation Officer

6-26-2019
Date

================================
**ORDER**
================================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 26th day of June, 2019, the release of requested records held by Dawson County Juvenile Court, Dawson County Juvenile Probation, Dawson County Sheriff's Office, Glendive Police Department, Red Deer Regional Hospital Centre, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Susan P. Watters
United States District Judge